UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

WILSON PRUNIER,

                    Plaintiff,

-against-

                    ORDER

JANNAK MATTAI and
XPO LOGISTICS DRAYAGE, LLC,        20 Civ. 707 (GBD)

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

Dated: September 28, 2021
       New York, New York

                                      SO ORDERED.

                                      _____
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE